IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Brayton "Bray" Ayers, <br><br> Plaintiffs, <br><br> v. <br><br> Southern Concrete and Construction, Inc., Kelly Boulware, Joe Bolt, Kyle Bolt, and John Doe, <br><br> Defendants. | Civ. No.: 8:16-cv-1091-DCC |

**ORDER**

In this *qui tam* action brought by Relator Brayton Ayers ("Relator") under the False Claims Act (31 U.S.C. § 3729, *et seq*.), the United States has intervened, and has advised the Court that the United States and Relator will file a Joint Stipulation of Dismissal, as well as a Settlement Agreement reached between the parties.

The United States has moved to unseal the Relator's Complaint (ECF No. 1), as well as the Government's Notice of Intervention, which motion is hereby GRANTED. The Clerk is directed to unseal the Complaint and Notice of Intervention. Additionally, the seal shall not apply to this Order, the forthcoming Joint Stipulation of Dismissal, Settlement Agreement, and Order of Dismissal. All other documents remain under seal absent further order of this Court.

So ORDERED this 31st day of May, 2019.

s/Donald C. Coggins, Jr.
United States District Judge

Spartanburg, South Carolina