IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Brayton "Bray" Ayers, <br><br> Plaintiffs, <br><br> v. <br><br> Southern Concrete and Construction, Inc., Kelly Boulware, Joe Bolt, Kyle Bolt, and John Doe, <br><br> Defendants. | Civ. No.: 8:16-cv-1091-DCC |

## ORDER OF DISMISSAL

Relator Brayton Ayers ("Relator") brings this action in the name of the United States under the *qui tam* provisions of the False Claims Act (31 U.S.C. §§ 3729, *et seq.*) against Defendants Southern Concrete and Construction, Inc., Kelly Boulware, Joe Bolt, and Kyle Bolt. Relator and the United States have now filed a Joint Stipulation of Dismissal of All Claims Brought on Behalf of the United States, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and have attached thereto a Settlement Agreement between all parties to this action.

Accordingly, it is hereby ORDERED that:

1. As to the United States, this action is dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement, but without prejudice as to any other claims; and,

2. As to Relator, this action is dismissed with prejudice, both as to the Covered Conduct released in the Settlement Agreement, and for all other claims alleged in the Complaint.

SO ORDERED this 5th day of June, 2019

s/Donald C. Coggins, Jr.
United States District Judge

Spartanburg, South Carolina